UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

  v.                                  Case No. 25-MJ-966

ROSHAN SHAH,

        Defendant

## ORDER GRANTING THE GOVERNEMENT'S MOTION TO UNSEAL CRIMINAL COMPLAINT

For the reasons stated therein, and for good cause shown, the court **GRANTS** the government's motion to unseal criminal complaint.

**SO ORDERED** this __19__ day of August , 2025, at Milwaukee, Wisconsin.

_____
HONORABLE STEPHEN C DRIES
United States Magistrate Judge